

### DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS
### District of Columbia Government
#### Corporations Division

**Service of Process Action Form.**
Form GN-6, Version 3, November 2014.

This form can only be used to serve the defendant – domestic or foreign filing entity if plaintiff or its representative have exhausted all the means to serve domestic or foreign filing entity as prescribed under D.C. Code § 29-104.12.

| ENTITY TYPE | FILING FEE |
|---|---|
| Domestic or Foreign Filing Entity | Refer to Corporate Fee Schedule posted online |

Under the provisions of the Title 29 of D.C. Code (Business Organizations Act), the plaintiff identified below is serving the defending domestic or foreign filing entity and for that purpose submits the statement below.

**1. Plaintiff's Name.**

Joe Hand Promotions, Inc.

**2. Plaintiff's Address.**

407 E. Pennsylvania Boulevard, Feasterville, PA 19053

**3. Defending Domestic or Foreign Filing Entity's Name. (give corporate file# if known)**

Deset Ethiopian Restaurant, LLC d/b/a Deset Ethiopian Restaurant

**4. Defending Domestic or Foreign Filing Entity's Address.**

622 Kennedy Street, N.W., 2nd Floor, Washington, DC 20011

**5. One of the following conditions apply. (must select one)**

☐ Represented entity failed to appoint or maintain a registered agent in the District; or

☑ A represented entity's registered agent in the District cannot with reasonable diligence be found.

**6. Type of service and court case# (ex., subpoena, legal complaint, demand, etc.).**

Summons and Complaint          19-CV-00207 TSC

**7. Duplicate copies of the process, notice, or demand are submitted along with this form.**

If you sign this form you agree that anyone who makes a false statement can be punished by criminal penalties of a fine up to $1000, imprisonment up to 180 days, or both, under DCOC § 22-2405;

| 8. Name of the Plaintiff or Authorized Person. | 8A. Signature of the Plaintiff or Authorized Person. |
|---|---|
| Torri's Legal Services/Torri Schaffer<br>2021 L Street, N.W., Suite 101-252<br>Washington, DC 20036 | *Torri Schaffer* |

**Mail all forms and required payment to:**
Department of Consumer and Regulatory Affairs
Corporations Division
PO Box 92300
Washington, DC 20090
Phone: (202) 442-4400

**Corporate Online Services Information**
Many corporate filings are available by using CorpOnline Services. Go to CorpOnline site at https://corponline.dcra.dc.gov/Account/Login?ReturnUrl=the online services main page and proceed. Online filers must pay by using the credit card.

Please check dcra.dc.gov to view organizations required to register, to search business names, to get step-by-step guidelines to register an organization, to search registered organizations, and to download forms and documents. Just click on "Corporate Registrations."